No. 681, Misc. RATHBUN *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied.

No. 363. GINSBURG *v.* LING, U. S. DISTRICT JUDGE, *ante,* p. 932;

No. 443. TURNER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 922;

No. 478. STRATTON ET AL. *v.* DALY, *ante,* p. 934;

No. 488. GUNDERSON BROS. ENGINEERING CORP. *v.* MERRITT-CHAPMAN & SCOTT CORP., *ante,* p. 935;

No. 62, Misc. LIEBERMAN *v.* OHIO, *ante,* p. 925;

No. 326, Misc. DELEVAY *v.* NATIONAL SAVINGS & TRUST CO., *ante,* p. 926;

No. 403, Misc. LIEBERMAN *v.* COLUMBUS BAR ASSOCIATION, *ante,* p. 927; and

No. 598, Misc. IN RE DISBARMENT OF GATELY, *ante,* p. 918. Petitions for rehearing denied.

No. 467. ALVADO ET AL. *v.* GENERAL MOTORS CORP., *ante,* p. 925. Petition for rehearing denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this application.

JANUARY 21, 1963.

No. 332. BOESCHE, ADMINISTRATOR, *v.* UDALL, SECRETARY OF THE INTERIOR. Certiorari, *ante,* p. 886, to the United States Court of Appeals for the District of Columbia Circuit. The motion of the Rocky Mountain Oil & Gas Assn. for leave to present oral argument, as *amicus curiae,* is denied. *Scott A. Pfohl* and *A. G. McClintock* on the motion.